**Electronically Filed
Supreme Court
SCWC-30533
26-JAN-2012
08:20 AM**

NO. SCWC-30533

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DOUGLAS MILLER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30533; FC-CR. NO. 07-1-0309(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ.
and Circuit Judge Alm, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on December 12, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 26, 2012.

Hayden Aluli for
petitioner/defendant-
appellant on the application

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Steven S. Alm

